UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 25-cr-51-JL-AJ-01 |
| | ) | |
| v. | ) | Count 1:  Unlawful Reentry of Deported Alien |
| | ) | (8 U.S.C. § 1326(a)) |
| JORGE MISAEL NIZ, a/k/a JORGE | ) | |
| TOMAS NIZ, a/k/a JORGE TOMAS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE

[8 U.S.C. § 1326(a) – Unlawful Reentry of Deported Alien]

On or about April 27, 2025, in the District of New Hampshire, the defendant,

JORGE MISAEL NIZ, a/k/a JORGE TOMAS NIZ, a/k/a JORGE TOMAS

being an alien and having been excluded, removed, and deported from the United States on or

about March 30, 2006, was found in the United States without having received the express

consent of the Secretary of the Department of Homeland Security to reapply for admission to the

United States.

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

Dated:  June 11, 2025                    /s/ Foreperson_____
                                         FOREPERSON


JOHN J. MCCORMACK
Acting United States Attorney


By:    /s/ Matthew Vicinanzo_____
       Matthew Vicinanzo
       Assistant U.S. Attorney